# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 5, 2023

## NO. 03-22-00013-CV

**Michael L. Marin, Appellant**

**v.**

**Jenifer L. Marin, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND JONES**
**AFFIRMED -- OPINION BY JUSTICE JONES**

This is an appeal from the decree of divorce signed by the trial court on December 2, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's divorce decree. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.